**FILED**

Jul 29 2021

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

**~~PROPOSED~~ ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable Thomas S. Hixson | **RE:** | Lopez III, Jesse |
| | U.S. Magistrate Judge | | |
| **FROM:** | Silvio Lugo, Chief | **Docket No.:** | 3:19-cr-00226-RS-9 |
| | U.S. Pretrial Services Officer | | |

**Date:**    ~~April 24, 2020~~   July 29, 2021

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Ana Mendoza                                             415-436-7503

**U.S. Pretrial Services Officer**                **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding District Court Judge _____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

**A. The following condition be removed: The defendant must submit to drug and/or alcohol testing as directed by PSO.**

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

*[signature]*                                             July 29, 2021

**JUDICIAL OFFICER**                                **DATE**

Hon. Thomas S. Hixson
U.S. Magistrate Judge